(May 6, 1986)

■ Nubar Sukljian, Individually and as Parent and Natural Guardian of Moses Sukljian, an Infant, Plaintiff, v Charles Ross & Son Company, Inc., Defendant, and K. M. Equipment Corporation, Defendant and Third-Party Plaintiff-Respondent-Appellant. Alex Zeeve & Company, Inc., et al., Third-Party Defendants-Respondents, and Commercial Equipment and Machinery Company, Third-Party Defendant-Respondent-Appellant, and General Electric Company, Third-Party Defendant-Appellant-Respondent. (And Fourth- and Fifth-Party Actions.)—Motions for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in affirming Special Term's order?" Kane, J. P., Casey, Weiss, Yesawich, Jr., and Harvey, JJ., concur.

(May 7, 1986)

■ The People of the State of New York, v Daniel Hartford, Defendant.—Motion, pursuant to CPL 460.30, for extension of time to take appeal denied (see, People v Kaczynski, 119 AD2d 927). Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.